IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RODNEY RAMSEY and LORI RAMSEY, | § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 13-CV-780-D |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § § | |
| Defendant. | § | JURY DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs, Rodney Ramsey and Lori Ramsey, and Defendant, State Farm Fire and Casualty Company, file this Stipulation of Dismissal With Prejudice because all matters in controversy have been resolved between the parties.

/s/ Steven S. Mansell
*(signed by filing attorney with permission)*
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
MANSELL ENGEL & COLE
101 Park Avenue, Suite 665
Oklahoma City, OK 73102-7203
Telephone:   405/232-4100
Facsimile:   405/232-4140
**ATTORNEYS FOR PLAINTIFFS**

AND

/s/ David V. Jones
David V. Jones, OBA #19611
JONES ANDREWS & ORTIZ
21 E. Main Street, Ste. 101
Oklahoma City, OK 73104
Telephone:   405/601-8713
Facsimile:   405/232-8330
Email:       dvj@jao-law.com
**ATTORNEY FOR DEFENDANT**